# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DiGirolamo, Thomas M. | U.S. District Court - Maryland | 05/10/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full-time | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2015 **to** 12/31/2015 |

**7. Chambers or Office Address**

U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland 20770

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/10/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | ▓▓▓▓▓▓▓▓▓▓▓▓ - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/10/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **DiGirolamo, Thomas M.** | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Wells Fargo Advisors #1 | | | | | | | | | |
| 2. Wells Fargo Bank Deposit Sweep | A | Interest | K | T | | | | | |
| 3. | | | | | | | | | |
| 4. Wells Fargo Advisors #2 | | | | | | | | | |
| 5. Wells Fargo Bank Deposit Sweep | A | Interest | K | T | | | | | |
| 6. American Funds Tax-exempt Fund Maryland CL-C | A | Dividend | K | T | | | | | |
| 7. | | | | | | | | | |
| 8. Wells Fargo Advisors Municipal Account | | | | | | | | | |
| 9. Wells Fargo Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 10. Maryland St St & Loc Facs Ln 2nd Ser G/O B/E 7/15/20 | A | Interest | | | Sold (part) | 05/12/15 | J | A | |
| 11. | | | | | Sold | 06/03/15 | K | B | |
| 12. South Carolina St Pub Svc Auth Rev Rfdg Ser A G/O B/E | B | Interest | K | T | | | | | |
| 13. Charles Cnty MD Rfdg Cons Pub Impt G/O B\E | A | Interest | | | Sold | 09/28/15 | K | B | |
| 14. Massachusettes Bay Trans Auth Ma Genl Trans Sys Ser C | B | Interest | K | T | | | | | |
| 15. Milwaukee WI Rfdg Prom Nts Ser N2 G/O Unltd B\E 5/1/22 | A | Interest | J | T | | | | | |
| 16. Annapolis MD Rfdg Pub Impts G/O B\E | B | Interest | K | T | | | | | |
| 17. Prince Georges Cnty Md Cons Pub Imp Ser A G/O LTD B\E | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | Maryland St St & Loc Facs 1st Ser A Book Entry G/O | A | Interest | K | T | | | | | |
| 19. | Baltimore Md Cons Pub Impt Ser A G/O Unltd B\E | B | Interest | K | T | | | | | |
| 20. | Talbot Cnty Md Rfdg Pub Impt G/O Ltd B\E | A | Interest | K | T | Buy | 10/01/15 | K | | |
| 21. | Anne Arundel Cnty Md Cons Wtr & Swr G/O Ltd B\E | A | Interest | K | T | Buy | 06/03/15 | K | | |
| 22. | MD St Hlth & High EFA Rev Rfdg Johns Hopkins Univ Ser A | B | Interest | K | T | | | | | |
| 23. | Maryland St Dpt Transn Cons Transn Rev B\E | B | Interest | K | T | | | | | |
| 24. | | | | | | | | | | |
| 25. | Wells Fargo Advisors IRA #1 | | | | | | | | | |
| 26. | Wells Fargo Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 27. | Blackrock Global Alloc Global Allocation Inst | C | Dividend | K | T | Buy (add'l) | 05/05/15 | J | | |
| 28. | First Eagle Fds Inc Global Fd CL 1 | A | Dividend | K | T | Buy (add'l) | 05/05/15 | J | | |
| 29. | Forward Fds Tactical Growth Fd CL M | A | Dividend | K | T | Buy (add'l) | 05/05/15 | J | | |
| 30. | Goldman Sachs Tr Dynamic Allocation Fd CL Institutional | B | Dividend | K | T | Buy (add'l) | 05/06/15 | J | | |
| 31. | Goldman Sachs Tr Finl Square Treas Instrs Fd Instl CL | | None | J | T | Sold (part) | 01/09/15 | J | | |
| 32. | | | | | | Sold (part) | 04/10/15 | J | | |
| 33. | | | | | | Buy (add'l) | 05/05/15 | J | | |
| 34. | | | | | | Sold (part) | 07/10/15 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 10/09/15 | J | | |
| 36. Amereican Funds New World Fund CL F2 | A | Dividend | K | T | Buy (add'l) | 05/05/15 | J | | |
| 37. Ivy Fds Inc Asset Strategy Fd CL 1 | C | Dividend | K | T | Buy (add'l) | 05/05/15 | J | | |
| 38. Kinetics Mut Fds Inc Paradigm Fund Instl CL | | None | K | T | Sold (part) | 05/05/15 | J | | |
| 39. Oppenheimer Global Fd CL Y | B | Dividend | K | T | Sold (part) | 05/05/15 | J | | |
| 40. Unified Series Trust Roosevelt Multi-Cap Fd | C | Dividend | K | T | Sold (part) | 05/05/15 | J | | |
| 41. Thornburg Invt Tr Global Opportunities Fd CL 1 | A | Dividend | K | T | Sold (part) | 05/05/15 | J | | |
| 42. Professionally Mgd Fd Ptfl Ostweis Funds | C | Dividend | K | T | Sold (part) | 05/05/15 | J | | |
| 43. Delaware Funds Select Growth Fd - 1 | D | Dividend | K | T | Sold (part) | 05/05/15 | J | | |
| 44. | | | | | | | | | |
| 45. Wells Fargo Advisors IRA #2 | | | | | | | | | |
| 46. Wells Fargo Bank Deposit Sweep | | None | J | T | | | | | |
| 47. AMG Funds Timessquare Mid Cap Growth Fd Premier Class | A | Dividend | J | T | Sold (part) | 02/05/15 | J | | |
| 48. | | | | | Buy (add'l) | 03/13/15 | J | | |
| 49. | | | | | Sold (part) | 08/13/15 | J | | |
| 50. Invesco Global Real Estate Y | A | Dividend | J | T | Sold (part) | 02/05/15 | J | | |
| 51. | | | | | Buy (add'l) | 03/13/15 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | Buy (add'l) | 08/14/15 | J | | |
| 53. | Deutsche Secs Tr Enhanced Commodity Strat Fd Instl Class | | None | J | T | Buy | 12/16/15 | J | | |
| 54. | Blair William Fds Intl Growth Fd CL 1 | A | Dividend | J | T | Sold (part) | 08/13/15 | J | | |
| 55. | Advisors Inner Circle Fd Cambiar Oppty Fd Instl CL | A | Dividend | J | T | Sold (part) | 02/05/15 | J | | |
| 56. | | | | | | Sold (part) | 03/13/15 | J | | |
| 57. | | | | | | Sold (part) | 08/13/15 | J | | |
| 58. | Guggenheim Fds Tr Mid Cap Value Ser CL A | | None | | | Buy (add'l) | 02/05/15 | J | | |
| 59. | | | | | | Sold (part) | 03/03/15 | J | | |
| 60. | | | | | | Sold | 03/16/15 | J | | |
| 61. | Delaware Group Equity Fds II - Value Fd Instl CL | A | Dividend | J | T | Sold (part) | 02/05/15 | J | | |
| 62. | | | | | | Buy (add'l) | 03/13/15 | J | | |
| 63. | | | | | | Sold (part) | 08/13/15 | J | | |
| 64. | Dreyfus Appreciation Fd Inc | | None | | | Sold (part) | 02/05/15 | J | | |
| 65. | | | | | | Sold (part) | 03/13/15 | J | | |
| 66. | | | | | | Sold | 03/16/15 | J | | |
| 67. | First Eagle Funds Sogen Overseas Fund CL 1 | A | Dividend | J | T | Sold (part) | 02/05/15 | J | | |
| 68. | | | | | | Buy (add'l) | 03/13/15 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | Buy (add'l) | 08/13/15 | J | | |
| 70. | Goldman Sachs Tr Finl Square Treas Instrs Fd Instl CL | | None | J | T | Sold (part) | 01/09/15 | J | | |
| 71. | | | | | | Buy (add'l) | 02/05/15 | J | | |
| 72. | | | | | | Sold (part) | 04/10/15 | J | | |
| 73. | | | | | | Sold (part) | 07/10/15 | J | | |
| 74. | | | | | | Buy (add'l) | 08/14/15 | J | | |
| 75. | | | | | | Sold (part) | 10/14/15 | J | | |
| 76. | Hancock John Cap Ser Classic Value Fund CL 1 | A | Dividend | J | T | Sold (part) | 02/05/15 | J | | |
| 77. | | | | | | Sold (part) | 08/13/15 | J | | |
| 78. | Harbor Fund Intl Fd Instl Class | A | Dividend | J | T | Buy (add'l) | 02/05/15 | J | | |
| 79. | | | | | | Buy (add'l) | 03/13/15 | J | | |
| 80. | | | | | | Sold (part) | 08/13/15 | J | | |
| 81. | Eagle Small Cap Growth Fund Class 1 | A | Dividend | J | T | Sold (part) | 02/05/15 | J | | |
| 82. | | | | | | Sold (part) | 03/13/15 | J | | |
| 83. | | | | | | Sold (part) | 08/13/15 | J | | |
| 84. | Hotchkis & Wiley Fds Mid Cap Value Fd CL 1 | A | Dividend | J | T | Sold (part) | 02/05/15 | J | | |
| 85. | | | | | | Buy (add'l) | 03/13/15 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Sold<br>(part) | 08/13/15 | J | | |
| 87.  American Funds Washington Mutual Fd F2 | A | Dividend | J | T | Buy | 03/13/15 | J | | |
| 88. | | | | | Buy<br>(add'l) | 03/17/15 | J | | |
| 89.  Keeley Fds Inc Small Cap Value Fd CL 1<br>Shrs | | None | | | Sold<br>(part) | 03/13/15 | J | | |
| 90. | | | | | Sold | 08/13/15 | J | | |
| 91.  Lazard Fds Inc Emerging Mkts Port Instl<br>SHS | A | Dividend | J | T | Buy<br>(add'l) | 02/05/15 | J | | |
| 92. | | | | | Buy<br>(add'l) | 03/13/15 | J | | |
| 93. | | | | | Buy<br>(add'l) | 08/13/15 | J | | |
| 94. | | | | | Buy<br>(add'l) | 08/14/15 | J | | |
| 95.  Morgan Stanley Instl Fd Trust Mid Cap<br>Grwth Port Class | | None | | | Sold<br>(part) | 02/05/15 | J | | |
| 96. | | | | | Sold<br>(part) | 03/13/15 | J | | |
| 97. | | | | | Sold | 03/16/15 | J | | |
| 98.  Mainstay Large Cap Growth Fund Class 1 | B | Dividend | J | T | Sold<br>(part) | 02/05/15 | J | | |
| 99. | | | | | Sold<br>(part) | 03/13/15 | J | | |
| 100. | | | | | Sold<br>(part) | 03/16/15 | J | | |
| 101.  Wells Fargo Funds Tr Emerging Growth<br>Fund Instl Class | A | Dividend | J | T | Sold<br>(part) | 02/05/15 | J | | |
| 102. | | | | | Sold<br>(part) | 03/13/15 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold<br>(part) | 08/13/15 | J | | |
| 104. Oppenheimer Dev Mkts CL Y | A | Dividend | J | T | Buy<br>(add'l) | 02/05/15 | J | | |
| 105. | | | | | Buy<br>(add'l) | 03/13/15 | J | | |
| 106. | | | | | Buy<br>(add'l) | 08/13/15 | J | | |
| 107. Pimco Fds Pac Invt Mgmt Ser - Cmtdy Real<br>Return Strat F | A | Dividend | | | Buy<br>(add'l) | 02/05/15 | J | | |
| 108. | | | | | Buy<br>(add'l) | 03/13/15 | J | | |
| 109. | | | | | Buy<br>(add'l) | 08/13/15 | J | | |
| 110. | | | | | Sold | 12/15/15 | J | | |
| 111. Victory Sycamore Small Co Oppty Fd CL 1 | B | Dividend | J | T | Sold<br>(part) | 02/05/15 | J | | |
| 112. | | | | | Buy<br>(add'l) | 03/16/15 | J | | |
| 113. | | | | | Buy<br>(add'l) | 08/14/15 | J | | |
| 114. Voya Funds Voya Large Cap Growth Fund<br>Class 1 | A | Dividend | J | T | Sold<br>(part) | 02/05/15 | J | | |
| 115. | | | | | Sold<br>(part) | 03/13/15 | J | | |
| 116. | | | | | Sold<br>(part) | 08/13/15 | J | | |
| 117. | | | | | | | | | |
| 118. Tiaa-Cref Retirment Accounts | | | | | | | | | |
| 119. Tiaa Traditional Account | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. Cref Stock Account | None | | K | T | | | | | |
| 121. Cref Growth Account | C | Dividend | K | T | | | | | |
| 122. Cref Global Equities Account | None | | L | T | | | | | |
| 123. Tiaa Real Estate | A | Dividend | J | T | | | | | |
| 124. Cref Infl Linked Bond | None | | | | Closed | 10/02/15 | J | | |
| 125. Tiaa Acc Lfcycle 2030 | A | Dividend | J | T | Open | 10/02/15 | J | | |
| 126. | | | | | | | | | |
| 127. Valic Annuity Accounts | | | | | | | | | |
| 128. Large Cap Account | A | Dividend | K | T | | | | | |
| 129. Fixed Income Account | A | Interest | K | T | | | | | |
| 130. | | | | | | | | | |
| 131. Capital One Bank Cash Account | None | | J | T | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **DiGirolamo, Thomas M.** | 05/10/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII.  Investments and Trusts

    1.  The account identified on line 87 of the 2014 FDR was renamed and is identified on line 111 of the 2015 FDR.

    2.  The account identified on line 88 of the 2014 FDR was renamed and is identified on line 114 of the 2015 FDR.

f

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas M. DiGirolamo**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544